# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JERRY L. MCCOY
ADC #105985                                                                                          PLAINTIFF

V.                              CASE NO. 4:15-CV-00105 SWW/BD

LARRY NORRIS, et al.                                                                          DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. McCoy's claims for money damages against Defendants Ramsey and Morton in their official capacity are DISMISSED, with prejudice. His claims against Defendant Norris are DISMISSED, without prejudice.

IT IS SO ORDERED, this 18th day of March, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE