**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JERRY L. MCCOY
ADC #105985**                                                       **PLAINTIFF**

**V.**                 **CASE NO. 4:15-CV-00105 SWW/BD**

**LARRY NORRIS, et al.**                                     **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") issued by Magistrate Judge Beth Deere, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

The Defendants' motion to dismiss (docket entry #15) is GRANTED, but Mr. McCoy's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 7th day of July, 2015.

                                                                  /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE