# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JERRY L. MCCOY**
**ADC #105985**                                                                                                 **PLAINTIFF**

**V.**                         **CASE NO. 4:15-CV-00105 SWW/BD**

**LARRY NORRIS, et al.**                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 7th day of July, 2015.

                          /s/Susan Webber Wright
                          UNITED STATES DISTRICT JUDGE